

**Daniel A. Schnapp**
*Partner*
T 212-940-3026
dschnapp@nixonpeabody.com

Tower 46
55 West 46th Street
New York, NY  10036-4120
212-940-3000

MEMO ENDORSED

May 21, 2021

*Via ECF*

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street
New York, NY 10007-1312
WANG_NYSDChambers@nysd.uscourts.gov

> SO ORDERED:
>
> Application GRANTED.  The May 25, 2021 Initial Case Management Conference is adjourned to **June 30, 2021 at 2:30 p.m**
>
> _____
> **Ona T. Wang**              5/22/21
> United States Magistrate Judge

**RE:  Benchmark Investments, Inc. v. Yunhong CTI Ltd.**
      **Case No. 1:21-CV-02279(JPC)**

Dear Judge Wang:

This Firm represents Yunhong CTI Ltd. ("Defendant") in the above-captioned matter.  We, along with counsel for Plaintiff, Gusrae Kaplan Nusbaum PLLC, jointly write the Court to respectfully request an adjournment of the current scheduling conference and associated dates.

This is the first request for an adjournment of the scheduling conference in this matter.  The Pursuant to the Order dated April 22, 2021 (Doc. No. 10), the Court granted the parties' request to adjourn Defendant's time to respond to the complaint until June 4, 2021.

On March 23, 2021, the Court scheduled an Initial Pretrial Conference for Tuesday, May 25, 2021 at 11:00 a.m., directed the parties to confer pursuant to Fed. R. Civ. P. 26(f) at least 21 days before the date of the Initial Pretrial Conference, and directed the parties to complete and file a report of the Rule 26(f) meeting and a proposed case management plan one week before the Initial Conference.  Doc. No. 7.

In light of adjournment of the time to respond to the complaint, the parties believe that, with the Court's consent, the current Pretrial Conference and associated dates should be adjourned until after Defendant has responded to the complaint.

4816-0189-8474.2

Hon. Ona T. Wang
RE: Case No. 1:21-CV-02279(JPC)
May 21, 2021
Page 2

**NIXON PEABODY LLP**
**ATTORNEYS AT LAW**

NIXONPEABODY.COM
@NIXONPEABODYLLP

Accordingly, the parties propose June 25, 2021 or July 2, 2021 as the adjourned date for the Conference.

We thank the Court for its attention to this matter.

Respectfully Submitted,

**NIXON PEABODY, LLP**

By: /s/ Daniel A. Schnapp
Daniel A. Schnapp
*Attorney for Defendant*
55 W. 47th Street, Tower 46
New York, New York 10036
(212) 940-3026
dschnapp@nixonpeabody.com

4816-0189-8474.2