UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
BENCHMARK INVESTMENTS, INC., :
:
                Plaintiff, :        21-CV-2279 (JPC) (OTW)
:
                -against- :        **ORDER**
:
YUNHONG CTI LTD., :
:
                Defendants. :
:
:
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to ECF 25, the parties must submit a joint discovery status letter on the last business day of each month. The parties did not file a status letter, as required, on September 30, 2021. The parties shall file a joint discovery status letter by **October 6, 2021**.

**SO ORDERED.**

                                                                       *s/ Ona T. Wang*

Dated: October 4, 2021                                    **Ona T. Wang**
      New York, New York                      United States Magistrate Judge