

March 2, 2022

**VIA ECF**

The Honorable Ona T. Wang
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: <u>Benchmark Investments, Inc. v. Yunhong CTI Ltd.</u>, 21-cv-2279 (JPC) (OTW)

Dear Judge Wang:

    I represent EF Hutton, a division of Benchmark Investments, LLC in connection with the above referenced action.

    Pursuant to Your Honor's Civil Case Management and Plan and Scheduling Order, I submit this Joint Status letter with the consent of Defendant's counsel.

    On October 22, 2021 Plaintiff–Counterclaim-Defendant moved to dismiss Defendant–Counterclaim Plaintiff's Amended Counterclaims. Briefing is complete and Defendant's request for oral argument is *sub judice*. Dkt. 45.

    The Parties have exchanged initial disclosures but have not served discovery requests. There are no discovery disputes. By Order dated November 23, 2021, the Court granted the parties request to stay discovery pending the motion to dismiss. Dkt. 47. At this time, the Parties do not request a settlement conference.

                                                          Respectfully submitted,

                                                          /s/ Ryan J. Whalen
                                                          Ryan J. Whalen

cc: All Counsel of Record (via ECF)